UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

WENDY MCCOY,

        *Plaintiff,*

vs.                             CIVIL ACTION NO. 1:05-cv-02165-RJL

ABBOTT LABORATORIES, INC., *et al.,*

        *Defendants.*
_____/

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(i), Plaintiff, by and through her undersigned attorney, hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: July 13, 2006.

                                                  Respectfully submitted,

                                                  PATRICIA MARTIN STANFORD, P.A.

                                                  s/ Patricia M. Stanford
                                                  PATRICIA MARTIN STANFORD, ESQ.
                                                  DC Bar No. 471672
                                                  3609 Hendricks Avenue
                                                  Jacksonville, Florida 32207
                                                  904-346-4215    Fax 904-346-4275
                                                  ATTORNEY FOR PLAINTIFF